IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AAREN MATTHEWS, #241834,   ) | |
|         ) | |
|     Plaintiff,    ) | |
|         ) | |
| v.        ) | CIVIL ACTION NO. 2:16-CV-740-MHT |
|         ) | |
| DEPT. OF CORRECTIONS AT KILBY   ) | |
| CORRECTIONAL FACILITY,    ) | |
|         ) | |
|     Defendant.   ) | |

## RECOMMENDATION OF THE MAGISTRATE JUDGE

Aaren Matthews ("Matthews"), a state inmate, filed this 42 U.S.C. § 1983 action asserting a violation of his Eighth Amendment rights stemming from the alleged denial of a mattress upon entry into the Kilby Correctional Facility. However, upon initiation of this case, Matthews did not file the $350 filing fee and $50 administrative fee applicable when a plaintiff is not proceeding *in forma pauperis*, nor did he submit an original affidavit in support of a motion for leave to proceed *in forma pauperis* accompanied by the required documentation from the inmate account clerk. Thus, the court did not have the information necessary to determine whether Matthews should be allowed to proceed *in forma pauperis* in this case and therefore entered an order requiring that Matthews provide the court with this information on or before September 29, 2016. Doc. 3 at 1–2. The court specifically cautioned Matthews that failure to comply with this order would result in a recommendation that this case be dismissed. Doc. 3 at 2.

As of the present date, Matthews has filed nothing in response to the aforementioned order. The court therefore concludes that this case is due to be dismissed. *See Moon v.*

*Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) (holding that, as a general rule, dismissal for failure to obey a court order is not an abuse of discretion where a litigant has been forewarned).

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be dismissed without prejudice for the plaintiff's failure to file the requisite fees or provide the court with necessary financial information in compliance with the order of this court. The plaintiff may file objections to the Recommendation on or before **October 26, 2016**. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which he objects. Frivolous, conclusive or general objections will not be considered by the District Court. The plaintiff is advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar a party from a *de novo* determination by the District Court of factual findings and legal issues covered in the report and shall "waive the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions" except upon grounds of plain error if necessary in the interests of justice. 11th Cir. R. 3-1; *see Resolution Trust Co. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993); *Henley v. Johnson*, 885 F.2d 790, 794 (11th Cir. 1989).

DONE this 12th day of October, 2016.

*/s/ Gray M. Borden*
UNITED STATES MAGISTRATE JUDGE